NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2020-CA-1318

St. Francisville BK, L.L.C.

- - Versus - -

JEC Real Estate Investment, LLC, Delta Bank, Darryl J.
Ellerbee, James Rex Fair, Jr., T. Taylor Townsend, and CNA
Insurance Company

20th Judicial District Court
Case #: 23164
West Feliciana Parish

On Application for Rehearing filed on  03/09/2022 by StarNet Insurance Company

Rehearing _denied._

_____
Vanessa Guidry Whipple

_____
Jewel E. "Duke" Welch Jr.

_____
Wayne Ray Chutz

Date  **MAR 2 2 2022**

_____
Rodd Naquin, Clerk